```
              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
                        WESTERN DIVISION

UNITED STATES OF AMERICA                            PLAINTIFF

     vs.            CASE No. 4:05CR00139RTD
                             4:06CR00200JLH

JOSHUA LEE HOWE                                     DEFENDANT
```

**ORDER**

Now on this 9th day of October, 2007, comes the motion to consolidate the record and transfer case 4:06cr00200 (doc.# 240). The Court, being well and sufficiently advised, and after conducting a phone conference with counsel, does hereby GRANT the motion in part (doc. #240). The above styled case number 4:06cr00200 shall be transferred to Judge Robert T. Dawson and the Court GRANTS the motion to consolidate 4:05cr00139 and 4:06cr00200 for sentencing purposes. Further, the sentencing is scheduled on the consolidated cases for **OCTOBER 25, 2007 AT 9:30AM.**

   IT IS SO ORDERED.

                          /s/ Robert T. Dawson
                          Honorable Robert T. Dawson
                          United States District Judge